## Jacob Goodman, Appellee, v. Abe Smith·and Isadore Merelevitch, Appellants.

### Gen. No. 23,669. (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. JOHN R. NEWCOMER, Judge, presiding. Heard in this court at the October term, 1917. Reversed with finding of facts. Opinion filed March 5, 1918. Rehearing denied March 18, 1918.

### Statement of the Case.

Action by Jacob Goodman, plaintiff, against Abe Smith and Isadore Merelevitch, defendants, to recover commission claimed to be due for negotiating the sale of real estate. From a judgment for plaintiff for $1,665, defendants appeal.

HYMAN SOBOROFF, for appellants.

VINCENT G. GALLAGHER and ERNEST MESSNER, for appellee.

MR. JUSTICE DEVER delivered the opinion of the court.

### Abstract of the Decision.

1. BROKERS, § 88*—*when shown that broker accepted payment for services from agent of purchaser.* In an action to recover from

---

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

the vendor a commission on the sale of real estate, evidence *held* to show that plaintiff had accepted from the purchaser's agent a sum of money in payment of his services in connection with the sale.

2. Brokers—*what constitutes release of vendor from liability for commissions.* Where one who has been negotiating the sale of property for the vendor executes an instrument, after a contract for the sale of the property has been entered into and he has received a sum of money from the purchaser's agent, which recites that he thereby releases his "right from commission on" the property in question, such instrument constitutes a release of his claim against the vendor for commissions.